# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ARRIETA,<br><br>　　Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, and DOES 1 to 100, Inclusive,<br><br>　　Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.: 1:14-cv-00400-LJO-JLT<br><br>**ORDER GRANTING STIPULATION FOR 30 DAY EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(Doc. 26)** |

　　Good cause appearing, the Court **ORDERS**:

　　The stipulation of the parties to extend time the County of Kern's to file a responsive pleading in the matter of T.A. v. County of Kern, et al., is **GRANTED**. The responsive pleading **SHALL** be filed no later than July 14, 2014.

IT IS SO ORDERED.

　　Dated:   **June 11, 2014**　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE