Leonard C. Herr, #081896
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Fax: (559) 636-9759

Theresa A. Goldner, County Counsel
Andrew C. Thomson, #149057
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
COUNTY OF KERN
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Fax: (661) 868-3805

Attorneys for Defendant, COUNTY OF KERN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO ARRIETA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, and DOES 1 to 100, Inclusive,<br><br>    Defendants.<br><br>AND RELATED CONSOLIDATED CASES | CASE No.:   1:14-cv-00400-LJO-JLT<br><br>**STIPULATION FOR FILING RESPONSIVE PLEADINGS IN CONSOLIDATED CASES AND ORDER THEREON**<br><br>**(Doc. 30)** |

The parties, having met and conferred by and through counsel, do hereby stipulate to the following schedule for response to the complaint in this matter.

**RECITALS**

WHEREAS, the Court has ordered the consolidation for pre-trial purposes of all six of the case numbers cited in the caption of this order [referred to here by the last three digits of the case numbers]; and,

-1-

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

**STIPULATION FOR FILING RESPONSIVE PLEADINGS IN CONSOLIDATED CASES AND ORDER THEREON**

1   WHEREAS, Defendants are, by stipulation, to answer the complaint in Case no. 717 on or before July 14, 2014; and,

2   WHEREAS, the Plaintiffs in Case nos. 400-404 are to file an amended complaint on or before July 15; and,

3   WHEREAS, the parties agree that a single complaint will best facilitate the Court's order of consolidation for purposes of pre-trial management; then,

The parties, by and through counsel, agree to the following:

## TERMS AND CONDITIONS

1. Defendants are relieved of the obligation to file their responsive pleading to the complaint in Case no. 717 on July 14, 2014.

2. Plaintiffs will file a single complaint for all six case numbers on or before July 15, 2014.

3. Defendants will file a single responsive pleading to the amended complaint by all six Plaintiffs within the time to do so set forth by the Federal Rules of Civil Procedure.

4. While this will be the first amended complaint in Case no. 717, and will be treated as such, should an issue arise in which that fact might be relevant, the complaint will be titled the second amended complaint for all six cases and treated as such for case numbers 400-404.

5. Neither this order nor the stipulation giving rise to it shall be read with prejudice against or favor for any party's motion, if one is made, to bifurcate, sever, or otherwise undo the Court's consolidation of these cases.

Respectfully submitted.

Dated: July 14, 2014        RODRIGUEZ & ASSOCIATES

By:   /s/ Chantal Trujillo
CHANTAL TRUJILLO
Attorney for PLAINTIFFS,
FRANCISCO ARRIETA, MELISSA QUAIR, SULINA QUAIR, MARIA MELENDEZ, LAURA VAZQUEZ, and T.A., a minor by and through his guardian ad litem, MARIA GUERRERO

LAW OFFICES
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

**STIPULATION FOR FILING RESPONSIVE PLEADINGS IN CONSOLIDATED CASES AND ORDER THEREON**

2

| | |
|---|---|
| Dated: July 14, 2014 | DOOLEY HERR PEDERSEN & BERGLUND BAILEY, LLP |
| | By: /s/ Leonard C. Herr |
| | LEONARD C. HERR |
| | Attorney for DEFENDANT, |
| | COUNTY OF KERN |

<u>ORDER</u>

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation of the parties (Doc. 30) is **GRANTED.**

IT IS SO ORDERED.

Dated: **July 14, 2014**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

-3-

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

**STIPULATION FOR FILING RESPONSIVE PLEADINGS IN CONSOLIDATED CASES AND ORDER THEREON**

F:\Client Files\County of Kern 1534.00\1534.02 - Arrieta v. Co. of Kern(Consolidated)\Pleadings\Stipulation and Order re filing answer re consolidated cases.doc

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-4-

**STIPULATION FOR FILING RESPONSIVE PLEADINGS IN CONSOLIDATED CASES AND ORDER THEREON**