Leonard C. Herr, #081896
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200
Fax: (559) 636-9759

Theresa A. Goldner, County Counsel
Andrew C. Thomson, #149057
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
COUNTY OF KERN
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Fax: (661) 868-3805

Attorneys for Defendant, COUNTY OF KERN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO ARRIETA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, and DOES 1 to 100, Inclusive,<br><br>    Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No.:    1:14-cv-00400-LJO-JLT<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER** |

///

///

///

///

///

///

-1-

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

The parties, having met and conferred by and through their respective counsel, do hereby enter into the following:

**STIPULATION**

The responsive pleading in these cases are due to be filed on Monday, August 4, 2014.

Due to the press of business, Counsel for Defendant, County of Kern has requested, and Plaintiffs' counsel has courteously agreed to, a two week extension to file an answer, placing the time to do so on Monday, August 18, 2014.

WHEREFORE, the parties, by and through counsel, jointly request that this Court enter the order appearing after Counsels' signatures.

Respectfully submitted.

Dated: July 21, 2014    RODRIGUEZ & ASSOCIATES

By:  /s/ Chantal Trujillo
CHANTAL TRUILLO
Attorney for PLAINTIFFS,
FRANCISCO ARRIETA, LAURA VASQUEZ, MARIA MELENDEZ, MELISSA QUAIR, SULINA QUAIR, and T.A., a minor by and through his guardian ad litem, MARIA GUERRERO

Dated: July 21, 2014    DOOLEY HERR PEDERSEN & BERGLUND BAILEY, LLP

By:  /s/ Leonard C. Herr
LEONARD C. HERR
Attorney for DEFENDANT,
COUNTY OF KERN

///
///
///
///
///
///

-2-

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

# ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation of the parties (Doc. 34) is **GRANTED.**

**No further extensions of time for Defendants to file a responsive pleading are contemplated by the Court and will not be granted absent a showing of exceptional good cause.**

IT IS SO ORDERED.

   Dated:   **July 21, 2014**                              **/s/ Jennifer L. Thurston**
                                                                                                              UNITED   STATES   MAGISTRATE JUDGE

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**