1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 FRANCISCO ARRIETA, et al.,  ) Case No.: 1:14-cv-00400 – LJO JLT
          )
12    Plaintiffs,    ) ORDER GRANTING STIPULATION TO MODIFY
          ) THE SCHEDULING ORDER
13   v.      )
          ) (Doc. 57)
14 COUNTY OF KERN, et al.,  )
          )
15    Defendants.   )
          )
16 ———————————————)
          )
17 AND RELATED CONSOLIDATED CASES )
18 ———————————————)

19   The parties have stipulated to amend the case schedule to extend the deadlines by which expert

20 discovery is to be completed.  (Doc. 57)  Counsel explain that due to the unavailability of experts and

21 their own calendars, they will be unable to complete expert within the current deadlines.  Id. at 2.

22 Likewise, they are not prepared to participate in the settlement conference. Id. They clarify they are

23 not seeking amendment of any other deadlines.

24   Thus, good cause appearing, the Court **ORDERS:**

25   1.  The stipulation (Doc. 57) to amend the scheduling order (Doc. 39) is **GRANTED**

26 amended as follows:

27     a.  Expert discovery **SHALL** be completed no later than **October 30, 2015**;

28

1         b.    Any non-dispositive motions related to experts may be filed no later than

2            **November 20, 2015** with a hearing to occur no later than **December 18, 2015**;

3         c.    The settlement conference, currently set on November 12, 2015 is

4            **CONTINUED** to **February 12, 2016**[1] at 9:30 a.m.

6  IT IS SO ORDERED.

7    Dated:   **September 22, 2015**        **/s/ Jennifer L. Thurston**

8                          UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel are free to select a more convenient date if the one selected by the Court is unworkable.  To do so, they should contact Susan Hall at 661-326-6620 to determine available dates.

2