Leonard C. Herr, #081896
Ron Statler, #234177
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200
Fax: (559) 636-9759

Theresa A. Goldner, County Counsel
Andrew C. Thomson, #149057
OFFICE OF THE COUNTY COUNSEL
COUNTY OF KERN
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Fax: (661) 868-3805

Attorneys for Defendant COUNTY OF KERN, DETECTIVE KAVIN BREWER, DETECTIVE KEVIN KIMMEL, AND SERGEANT BILL SMALLWOOD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO ARRIETA, et. al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN, DETECTIVE BREWER, DETECTIVE KIMMEL, SARGENT SMALLWOOD, and DOES 1 to 100, Inclusive,<br><br>        Defendants.<br>_____ | CASE NO.: 1:14-cv-00706-LJO-JLT<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS BY DEFENDANTS KIMMEL, BREWER, SMALLWOOD AND COUNTY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [FRCP RULE 56]**<br><br>Date:         January 19, 2016<br>Time:         8:30 a.m.<br>Courtroom:  #4<br><br>Trial Date:   May 24, 2016 |

Defendants Kimmel, Brewer, and Smallwood County submit these undisputed material facts in support of their motion for summary adjudication of each claim, and for summary judgment, and by County in its motion as to the Monell claims arising from them.

///

///

///

LAW OFFICES
HERR PEDERSEN &
BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS BY DEFENDANTS KIMMEL, BREWER, SMALLWOOD AND COUNTY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [FRCP RULE 56]

| Undisputed Material Fact ["UMF"] | Support for UMF |
|---|---|
| 1. At around midnight, May 7, 2013, at least four of the Plaintiffs to this action witnessed a physical encounter between various law enforcement officers and David Silva in front of Kern Medical Center except Melissa who was inside the hospital at that time. Mr. Silva had no connection to any of the Plaintiffs; the Plaintiffs were at the hospital to visit a relative and had gone outside. | Complaint, paragraphs 17-19, Doc # 2. |
| 2. Plaintiffs Francisco and Maria took a video of the encounter on their cell phones. Sulina called 9-1-1 to report the incident as it happened. | Complaint, paragraphs 18-20, Doc. # 2. |
| 3. The incident was investigated by Kern County Sheriff's Office. Sulina Quair said Plaintiffs would be at 5401 Dunsmuir, #29, Bakersfield. | Smallwood Declaration, p. 2, ll. 6-14. |
| 4. Detectives Brewer and Kimmel got there at about 2:00 a.m. and were allowed in; Sulina, Laura, Melissa, and Francisco were there. All but Melissa were interviewed at this first meeting. | Kimmel Declaration, paragraphs 2, 3, & 4. |
| 5. Brewer and Kimmel left the apartment at about 5:30 a.m., ending that first meeting, and a second meeting followed at the same apartment at about 10:00 with Detectives Bravo and Rutledge interviewing Melissa and Maria Melendez, and Sgt Smallwood arriving shortly before noon. | Kimmel Declaration paragraph 7; Smallwood Declaration, p. 3, l. 3-4 and p. 2, l. 15-22; Arrieta Deposition, p. 90:3-4. |
| 6. Sgt Smallwood was supervising the investigation into the death of Mr. Silva at the crime scene and did not go to Melissa Quair's Apartment until after Plaintiff's attorney John Tello, who closed the door in Lt Smallwood's face. | Smallwood Declaration, p. 2, l. 17 – p. 3, l. 4. |
| 7. Sgt Smallwood did not touch a Plaintiff's cell phone, did not speak directly to a Plaintiff, and did not touch a Plaintiff; he did not even shake a Plaintiff's hand. He did not speak while in the apartment until he announced the Deputies were leaving. | Smallwood Declaration, p. 3, ll. 5-6 and p. 3, ll. 7-9; Transcript of Interview of Second Meeting, May 8, p. 81:21. |

LAW OFFICES
HERR PEDERSEN &
BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS BY DEFENDANTS KIMMEL, BREWER, SMALLWOOD AND COUNTY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [FRCP RULE 56]

| | |
|---|---|
| 8. During the first meeting, Plaintiff Arrieta tried to leave the apartment with his cell phone until Defendant Brewer used one hand to push Arrieta's left shoulder back, causing no physical injuries. | Arrieta Deposition, p. 98:10-18. |
| 9. During the first meeting, Plaintiff Arrieta told the Detectives that he had the video footage of the event they were investigating, and the Detectives told him they needed that footage, even trying – unsuccessfully – to copy it and take their own video of Arrieta's phone screen, until they told him he could not leave if they did not have the phone but, once he left his phone, he left without interference. | Kimmel Declaration, paragraphs 6 & 7; Arrieta Deposition, p. 81:9-82:4, p. 82:2-83:7, p. 86:3-23, p. 90:7-91:6. |
| 10. A search warrant was sought and issued. | Herr Declaration, Exh. C. |

Respectfully Submitted.

DATED: December 1, 2015        HERR PEDERSEN & BERGLUND LLP


By: /s/ Leonard C. Herr _____
    LEONARD C. HERR,
    Attorneys for Defendant
    COUNTY OF KERN
    DETECTIVE KAVIN BREWER,
    DETECTIVE KEVIN KIMMEL, AND
    SERGEANT BILL SMALLWOOD

F:\Client Files\County of Kern 1534.00\1534.03 - Arrieta II\Motions\MSJ\Separate Statement.doc

LAW OFFICES
HERR PEDERSEN &
BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200