**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRANCISCO ARRIETA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**COUNTY OF KERN, DEPUTY ENRIQUE BRAVO, DEPUTY BRANDON RUTLEDGE, and DOES 1 to 100, Inclusive,**<br><br>    **Defendants.** | **LEAD CASE 1:14-cv-00400-LJO-JLT**<br><br>**MEMBER CASE: 1:14-cv-00401-LJO-JLT**<br>**MEMBER CASE: 1:14-cv-00402-LJO-JLT**<br>**MEMBER CASE: 1:14-cv-00403-LJO-JLT**<br>**MEMBER CASE: 1:14-cv-00404-LJO-JLT**<br>**MEMBER CASE: 1:14-cv-00717-LJO-JLT**<br>**MEMBER CASE: 1:15-cv-00706-LJO-JLT**<br><br>**ORDER TO MEET AND CONFER** |

Plaintiffs in the seven (7) above-captioned cases claim to have witnessed and/or videotaped a violent encounter on or about May 7, 2013 between unnamed Kern County Sheriff's (KCS) Deputies and a man unrelated to Plaintiffs. Plaintiffs claim to have been subjected to unlawful treatment when Defendants attempted to retrieve the cellular telephones on which videos had been recorded.

Now before the Court is Defendants' Motion for Summary Judgment. Defs.' Mot. For Summ. J. ("MSJ"), Doc. 59. Plaintiffs filed an Opposition. Pls.' Opp'n to Defs.' Mot. For Summ. J. ("Opposition"), Doc. 60. Defendants timely replied. Reply by Defs. ("Reply"), Doc. 62.

Magistrate Judge Thurston's scheduling order provides that a party moving for summary judgment must meet and confer with the non-moving party "**[a]t least 21 days before**" filing a motion. Doc. 39 at 5 (emphasis in original). The purposes of the meeting are to:

> 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of settlement before the parties incur the expense of briefing a summary judgment motion; 6) to arrive at a joint statement of undisputed facts.

1  *Id.* at 5-6.

2       The moving party "shall certify that the parties have met and conferred as ordered above, or set

3  forth a statement of good cause for the failure to meet and confer" in their notice of motion. *Id.* at 6.

4  Plaintiffs argue that Defendants' motion should be denied as procedurally defective because they did not

5  attempt to meet and confer with them prior to filing the MSJ. Opposition at 12. Defendants do not

6  address this issue in their Reply. However, their Notice of Motion does not "certify that the parties have

7  met and conferred as ordered above, or set forth a statement of good cause for the failure" to do so.

8       To remedy this defect, the Court ORDERS the parties to meet and confer immediately as to

9  whether they can resolve any of the issues raised in the MSJ. Additionally, the Court ORDERS the

10  parties to file a joint status report indicating whether any aspects of the MSJ are withdrawn or amended.

11  The status report is due as soon as possible, but no later than <u>Thursday, January 28, 2016</u>. The Court will

12  entertain requests for leave to file additional briefing, if necessary, related to any withdrawn or amended

13  arguments.

14       The procedural posture of this case reflects that this is not the first time the parties have failed to

15  comply with court orders. The parties are warned that any future failure to comply with the rules or

16  orders of this Court will be met with sua sponte sanctions.

17

18  IT IS SO ORDERED.

19    Dated:  **January 22, 2016**          **/s/ Lawrence J. O'Neill**

20                                  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

2